Damian P. Richard, Esq. (SBN 145953)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
drichard@sessions.legal
*Attorney for Defendants*
*Genesis FS Card Services, Inc., and*
*The Bank of Missouri (erroneously sued as*
*Mid-America Bank & Trust)*

Kyle W. Schumacher, Esq. (SBN 121887)
SAGARIA LAW, P.C.
1050 SW 6th Ave., Suite 1100
Portland, OR 97204
Tel: 503-913-9354
kschumacher@sagarialaw.com
*Attorneys for Plaintiff Kathy Taylor*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| KATHY TAYLOR, | Case No. 6:18-CV-01586-MK |
| Plaintiff, | STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO CONTRACTUAL ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION AND PROPOSED ORDER |
| v. | |
| MID-AMERICA BANK & TRUST; GENESIS FS CARD SERVICES, INC., | |
| Defendants. | |

Defendants Genesis FS Card Services, Inc., and The Bank of Missouri (erroneously sued as Mid-America Bank & Trust) ("Defendants") have asserted the existence of a binding arbitration agreement which covers the alleged claims of Plaintiff Kathy Taylor ("Plaintiff"). As such, Defendants, together with Plaintiff,

hereby stipulate to dismiss the above-referenced action, without prejudice, in order to complete contractual arbitration before the American Arbitration Association.

IT IS THEREFORE STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that the action be dismissed, without prejudice, in order to complete contractual arbitration before the American Arbitration Association.

DATED:
November 13, 2018

**SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP**

*/s/ Damian P. Richard*
Damian P. Richard
Attorney for Defendants
Genesis FS Card Services, Inc., and
The Bank of Missouri (erroneously sued as
Mid-America Bank & Trust)

DATED:
November 13, 2018

**SAGARIA LAW, P.C.**

*/s/ Kyle W. Schumacher*
Kyle W. Schumacher
Attorney for Plaintiff
Kathy Taylor

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**

**That this case is hereby dismissed, without prejudice, so the parties may complete contractual arbitration before the American Arbitration Association.**

DATED: _____, 2018

_____
Judge Mustafa T. Kasubhai