IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KATHY TAYLOR**,

                Plaintiff,

        v.

**MID-AMERICA BANK & TRUST;**
**GENESIS FS CARD SERVICES, INC.,**

                Defendants.

**Civ. No. 6:18-cv-01586-MK**

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

**KASUBHAI, Judge**:

        Based on the stipulations of the party (Dkt. 14), this matter is dismissed without prejudice.

IT IS SO ORDERED.

        DATED this 15th day of November 2018.

                    ____/s/Mustafa T. Kasubhai_____
                    **Mustafa T. Kasubhai**
                    **United States Magistrate Judge**